| STATE OF LOUISIANA | NO. 23-KH-540 |
|---|---|
| VERSUS | FIFTH CIRCUIT |
| RANDELL MASON | COURT OF APPEAL |
| | STATE OF LOUISIANA |

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

December 01, 2023

Linda Wiseman
First Deputy Clerk

**IN RE** RANDELL MASON

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE R. CHRISTOPHER COX, III, DIVISION "B", NUMBER 16-3898

Panel composed of Judges Robert A. Chaisson,
Stephen J. Windhorst, and Scott U. Schlegel

## WRIT DENIED IN PART; GRANTED IN PART

Relator, Randell Mason, filed this application for writ of mandamus and/or supervisory writs, asking this court to compel the trial court to rule upon his notice of intent to appeal or seek supervisory writs of the trial court's denial of his motion to correct illegal sentence.

As indicated by the attached order, the trial court signed relator's notice of intent on October 24, 2023 and set a return date of November 27, 2023. As a result, the present writ application is moot.

Because the time period for relator to file his writ application on the denial of his motion to correct illegal sentence has passed, we grant this writ in part to extend the time for filing a writ application on the motion to correct illegal sentence until December 30, 2023.

See, <u>Anderson v. 24th Judicial District Court</u>, 10-34 (La. App. 5 Cir. 2/2/10) (unpublished writ disposition).

Gretna, Louisiana, this 1st day of December, 2023.

**SJW**
**RAC**
**SUS**

INTO THE
*24ᵀᴴ* JUDICIAL CIRCUIT COURT
PARISH OF _JEFFERSON_
STATE OF LOUISIANA

*STATE OF LOUISIANA*                   *DOCKET NO: 16-3898*

VS.                                    DIVISION: B

_RANDELL MASON_

FILED: _____

_____
DEPUTY CLERK

---

### *NOTICE OF INTENT TO APPEAL OR SEEK SUPERVISORY WRITS*

---

**NOW INTO COURT** comes Defendant, Randell Mason , in Pro-se capacity, who hereby declares his intention, as mandated by Uniform Rules of the Courts of Appeal Rules 4-2 and 4-3, to appeal or seek writs on this Court's denial of his _Motion To Correct Illegal Sentence_, on the date of _October 4, 2023_ .

Defendant hereby requests that this Honorable Court set forth a date for return as mandated by Uniform Rules of the Courts of Appeal Rule 4-3.

Respectfully submitted,

_____
**Petitioner, Pro-Se**

---

# ORDER

---

**THIS COURT HEREBY ACKNOWLEDGES** that the Defendant intends to seek writs or appeal this court's ruling as detailed above.

**IT IS HEREBY ORDERED** that the Defendant file his writ application or appeal in the circuit court no later than the _27th_ day of November, 2023._____

**THUS DONE AND SIGNED THIS** _24_ **DAY OF** _October_ _2023_

_____
JUDGE

SIGNED: HON. R. CHRISTOPHER COX III - DIVISION: B - 10/24/2023 16:02:46 - CASE:16-03898 - ID:49436/248531

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY <u>12/01/2023</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**23-KH-540**

*Curtis B. Pursell*

**CURTIS B. PURSELL**
CLERK OF COURT

### E-NOTIFIED
24th Judicial District Court (Clerk)
R. Christopher Cox, III (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Randell Mason #556681 (Relator)
Franklin Parish Detention Center
388 Nature Acres Road
Winnsboro, LA 71295